JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING ABACE BIOTECHNOLOGY CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADV BIOLABS, INC., et al., <br><br> Defendants. | Case No. CV 18-3599 FMO (ASx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge